**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:13CR00230-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NICHOLAS MOORE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on September 6, 2016 upon the request of the United States

Pretrial and Probation Office for a finding that defendant violated the conditions of supervised

release.  The defendant was present and represented by Attorney Anthony Koukoutas.

The violation report was referred to Magistrate Judge Thomas M. Parker who issued a

Report and Recommendation on August 17, 2016 [Doc. 62].  No objections having been filed the

Court adopted the Magistrate Judge's Report and Recommendation and found that the following

terms of supervision had been violated:

        1) new law violation;

        2) failure to pay restitution.

The Court found the violations to be Grade B and that defendant was a Criminal History

Category IV.

The Court, upon consideration of the 3553(a) factors, committed defendant to the custody

of the Bureau of Prisons for a term of 15 months to be served consecutively to defendant's state

sentence with credit for time served in federal custody on the instant violations.  Upon release

from incarceration, defendant's term of supervision shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

IT IS SO ORDERED.


Dated: September 7, 2016                          *s/    James S. Gwin*
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE